Opinion issued May 20, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00337-CV

———————————

In re KAREN LASSITER FULLER, Relator



 



 



Original Proceeding on Petition for Writ of Mandamus

 



 

MEMORANDUM OPINION

          By
petition for writ of mandamus, relator Karen Lassiter Fuller challenges the
trial court’s order granting the real-party-in-interest’s motion to disqualify
her attorney.[*]  

We deny the petition for writ of mandamus.

PER CURIAM

Panel
consists of Justices Jennings, Alcala, and Massengale.

 











[*]
          The underlying case is In the Matter of the Marriage of Karen
Fuller and Cem Fuller and In the Interest of N.D.K.F., a Child, No.
07-CV-155050 (387th Dist. Ct., Fort Bend County, Tex.), the Honorable Robert
Kern, presiding.